UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DISABLED PATRIOTS OF AMERICA, INC., :
a Florida Not for Profit Corporation, and :
RUDOLPH BETANCOURT, Individually, :
                                           :
      Plaintiffs,                           :
vs.                                                  :   Case No. 9:22-cv-80357-WM
                                           :
PRIME DELRAY HOTEL LLC, a Florida :
Limited Liability Company, d/b/a Fairfield by :
Marriott Delray Beach I-95, :
                                           :
     Defendant.                       :
_____/

## NOTICE OF SETTLEMENT

THE PARTIES hereby file a Notice of Settlement, and hereby notify the Court that a settlement has been finalized, and the Parties expect to have a stipulation for dismissal filed within approximately fifteen (15) days.

                                                   Respectfully submitted,

                                                   /s/Brandon A. Rotbart
                                                   Brandon A. Rotbart, Esq., Of Counsel
                                                   FL Bar No. 124771
                                                   Fuller, Fuller & Associates, P.A.
                                                   12000 Biscayne Blvd., Suite 502
                                                   North Miami, FL 33181
                                                   (305) 350-7400
                                                   Rotbart@rotbartlaw.com

                                                   John P. Fuller, Esq., FL Bar No. 0276847
                                                   Fuller, Fuller & Associates, P.A.
                                                   12000 Biscayne Blvd., Suite 502
                                                   North Miami, FL 33181
                                                   (305) 891-5199
                                                   (305) 893-9505 - Facsimile
                                                   jpf@fullerfuller.com
                                                   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th of September 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, with a notice delivered to:

Counsel for Prime Delray Hotel LLC
Anaeli C. Petisco-Roja, Esq.
apetisco@chartwelllaw.com
Kirstie L. Hayduk, Esq.
khayduk@chartwelllaw.com
Chartwell Law
100 SE Second St., Suite 2150
Miami, Florida 33131

/s/Brandon A. Rotbart
Brandon A. Rotbart, Esq., Of Counsel