UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-80357-MATTHEWMAN

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not for Profit Corporation, and
RUDOLPH BETANCOURT, Individually,

    Plaintiffs,

v.

PRIME DELRAY HOTEL LLC, a Florida
Limited Liability Company, d/b/a Fairfield by
Marriott Delray Beach I-95,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice ("Stipulation") [DE 37]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**;

2. All pending motions are **DENIED AS MOOT**;

3. The Court shall retain jurisdiction to enforce the terms of the parties' confidential Settlement Agreement; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of October, 2022.

                                                  WILLIAM MATTHEWMAN
                                                  United States Magistrate Judge